_____

No. 95-2471
_____

Elton Jackson,                        *
                                      *
        Appellant,                    *
                                      *
    v.                                *  Appeal from the United States
                                      *  District Court for the
Dennis Wilson; Brian Compton;         *  Western District of Missouri.
Jackie Thomas; David Dodson;          *       [UNPUBLISHED]
Earl Halderman; John Sydow;           *
Stewart Epps,                         *
                                      *
        Appellees.                    *


_____

        Submitted:  February 7, 1996

            Filed:  February 13, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

    Elton Jackson appeals from the district court's[1] grant of summary judgment to defendant prison officials in this 42 U.S.C. § 1983 action. Jackson's motion to supplement the record is granted. Having carefully reviewed the record and the parties' submissions, we conclude the judgment of the district court was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

    [1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.